# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                   :   No. 517

                               :

REAPPOINTMENTS TO CRIMINAL   :   CRIMINAL PROCEDURAL RULES

PROCEDURAL RULES COMMITTEE   :   DOCKET

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of January, 2020, Aaron J. Marcus, Esquire, Philadelphia, William R. Carroll, Esquire, Somerset County, and Michelle A. Henry, Esquire, Dauphin County, are hereby reappointed as members of the Criminal Procedural Rules Committee for a term of three years, commencing March 1, 2020.